No. 720. PEISNER v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 721. MCFARLIN ET VIR v. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. C. A. 10th Cir. Certiorari denied. *Emmett C. Hart* for petitioners. *William R. Federici* for respondent.

No. 705. GIANCANA v. JOHNSON, AGENT IN CHARGE, FEDERAL BUREAU OF INVESTIGATION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William R. Ming, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 14, Misc. MOODY v. HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.

No. 311, Misc. MCLESTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 332, Misc. HINRICHS v. FLORIDA. District Court of Appeal of Florida, First Appellate District. Certiorari denied. Petitioner *pro se. James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 470, Misc. GENSBURG v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.